AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of: ) <br> All computers, external hard drives, cell phones, ) <br> tablets, DVDs, CDs, routers, cameras, videos ) <br> recorders, floppy disks, zip drives, SD cards, VHS ) <br> tapes, cassette tapes, slides, and other media and ) <br> electronic storage devices, held in evidence and ) <br> associated with Homeland Security Investigations ) <br> (HSI) case 2S07QS212S0006, currently stored in the ) <br> HSI Evidence Room in Greeley, Colorado and more ) <br> fully described in Attachment A, attached hereto. ) | Case No. 21-sw-01054-STV |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __October 19, 2021__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Scott T. Varholak__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10/5/2021, 1:53 p.m.__    _____
*Judge's signature*

City and state:   __Denver, CO__    Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:_____

                                            _____
                                                          *Executing officer's signature*

                                            _____
                                                           *Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices listed below (hereinafter and in Attachment B, the "Device(s)"), currently being held in association with HSI case 2S07QS212S0006 at the HSI Evidence Room, 4645 W. 18th Street, Suite 500, Greeley, Colorado, 80634.

**Item # / Description / Model #**
L21026535 / Dell Computer Tower
L21026536 / EXTERNAL HARD DRIVE / ZFL0H55E
L21026537 / EXTERNAL HARD DRIVE / ZFL0H024
L21026538 / SONY VAIO LAPTOP/ 283602303510876
L21026539 / EXTERNAL HARD DRIVE / MH0URZ5B
L21026540 / EXTERNAL HARD DRIVE / HD0D7UMC
L21026541 / EXTERNAL HARD DRIVE /17182153041600556
L21026542 / EXTERNAL HARD DRIVE / MS1JK5EK
L21026543 / EXTERNAL HARD DRIVE / Z4Z7023N
L21026544 / EXTERNAL HARD DRIVE / 2CAV03ZP
L21026546 SONY VAIO LAPTOP / 275449353000540
L21026548 / EXTERNAL HARD DRIVE / UNKSN
L21026550 / EXTERNAL HARD DRIVE / L600DQKG
L21026552 / EXTERNAL HARD DRIVE / 01121362
L21026554 / EXTERNAL HARD DRIVE / S03WJ10X422664
L21026555 / EXTERNAL HARD DRIVE / UNK
L21026557 / EXTERNAL HARD DRIVE / D5CA6ZWA
L21026558 / EXTERNAL HARD DRIVE / TB04W67C
L21026561 / EXTERNAL HARD DRIVE MISC BOX COMPUTER ITEMS IN BOX
L21026562 / EXTERNAL HARD DRIVE / 71GPD13VB
L21026563 / EXTERNAL HARD DRIVE / W4Z49KEZ
L21026564 / EXTERNAL HARD DRIVE / Z4Z0F9HP
L21026566 / EXTERNAL HARD DRIVE / WCC4MFDV2UYS
L21026568 / PANASONIC TOUGHBOOK / 00045675249072
L21026570 / EXTERNAL HARD DRIVE / K80JS3MC
L21026571 / EXTERNAL HARD DRIVE / 17182153041600557

L21026572 / EXTERNAL HARD DRIVE / Y306VV9E
L21026574 / SAMSUNG CELL PHONE / R38JB0JPRXU
L21026575 / SAMSUNG GALAXY TABLET / R52JALMF1GR
L21026576 / BLK ANDRIOD CELL PHONE / KTU84PM919UVST9A1
L21026578 / SAMSUNG CELL PHONE / SGHTG99
L21028092 / MAXTOR HARD DRIVE / 664204801501
L21028093 / MAXTOR HARD DRIVE / K80JH7RC
L21028094 / MAXTOR HARD DRIVE / K80FNLAC
L21028095 / MAXTOR HARD DRIVE / K60BA01C
L21028097 / IBM DESKSTAR HARD DRIVE / A4CUYE0A
L21028104 / LG CD/DVD CASES
L21028105 / CD/DVDS
L21028108 / 2XMED CD/DVD CASES
L21028118 / ROKU 4660X2 ROKU ROUTER / CK48A5690084
L21028119 / LG SPINDLE CD/DVDS
L21028121 / SM SPINDLE CD/DVDS
L21028123 / MED CD/DVD CASE
L21028124 / SM SPINDLE CD/DVDS
L21028126 / CD/DVDS
L21028128 / CD/DVDS
L21028132 / DVDS
L21028134 / PANASONIC DC-ZS80-PANASONIC DIGITAL CAMERA / WS0AA002362
L21028135 / ORICO HARDDRIVE ENCLOSURE
L21028136 / SEAGATE HARD DRIVE / ZCT2XJYX
L21028137 / SEAGATE HARD DRIVE / ZCT2X7EC
L21028139 / 2XDVDS
L21028140 / SONY REWRITABLE DRIVE
L21028142 / MOTHER BOARDS
L21028143 / RAM /
L21028145 / MED SPINDLE CD/DVDS
L21028146 / MULT FLOPPY DISCS
L21028147 / BOX W/FLOPPY DISCS
L21028148 / SM CD/DVD CASE
L21028149 / ZIP DRIVE AND 2 CASES
L21028152 / ZIP DRIVES
L21028153 / IOMEGA ZIP WRITER / SSB62430H4
L21028157 / IOMEGA DISKS
L21028159 / OLYMPUS CAMERA / 4021668
L21028160 / SD CARDS
L21028164 / VHS TAPES

L21028166 / MAXTOR HARD DRIVE / L603FACH
L21028168 / MAXTOR HARD DRIVE / L40YW48G
L21028170 / ZIP DRIVES
L21028172 / VIDEO MINI CASSETTES
L21028173 / COMPUTER PARTS
L21028174 / CD/DVDS
L21028175 / SONY SUPER STEADY SHOT / 41480
L21028176 / SONY CAMERA / 0845489
L21028178 / SONY CYBER SHOT CAMERA / 1092092
L21028179 / SONY CYBER SHOT VIDEO CAMERA / 1432374
L21028180 / SD CARDS AND CAMERA ACCESSORIES
L21028181 / CD/DVDS IN HARD CASE
L21028182 / MED SPINDLES CD/DVDS
L21028183 / CD/DVDS
L21028184 / 2 BOXES OF FLOPPY DISKS
L21028187 / VHS TAPES IN BOX
L21029380 / DISC- RECORDING
L21029382 / DISC- RECORDING
L21029791 / BLUE TOTE-SLIDES, VIEWER, PICTURES
L21029793 / BLUE TOTE-SLIDES, SLIDE SORTER

**ATTACHMENT B**

**DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED**

For the Device(s) listed and described in Attachment A, the following items, that constitute evidence of the commission of, contraband, the fruits of crime, or instrumentalities of violations of Title 18, United States Code, Sections 2251(a), (c) and (e); 2252(a)(1) and (4); 2252A(a)(1) and (5); and 2423(a), (b), and (c) (hereinafter "Subject Offenses"):

1. Images or visual depictions of child pornography;

2. Records and information containing child erotica, including texts, images and visual depictions of child erotica;

3. Any and all information, notes, software, documents, records, or correspondence, in any format and medium, pertaining to violations of the Subject Offenses;

4. Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to child pornography or sexual activity with or sexual interest in minors;

5. Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning Internet activity reflecting a sexual interest in minors or child pornography;

6. Any and all information, notes, software, documents, records, or correspondence, in any form and medium pertaining to any minor who is, or appears to be, the subject of any visual depiction of child pornography, child erotica, sexual activity with other minors or adults, or of sexual interest, or that may be helpful in identifying any such minors;

7. Any and all address books, names, and lists of names and addresses of individuals who may have been contacted by use of the Device(s) or by other means for the purpose of committing violations of the Subject Offenses;

8. Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning membership in online groups, clubs, or services that provide or make accessible child pornography;

9. Any and all information, records, documents, invoices and materials, in any format or medium, that concern any accounts with an Internet Service Provider pertaining to violations of the Subject Offenses;

10. Any and all information, records, documents, invoices and materials, in any format or medium, that concern e-mail accounts, online storage, or other remote computer storage pertaining to violations of the Subject Offenses;

11. Records of Internet activity, including Internet Protocol addresses, firewall logs, transactions with Internet hosting providers, co-located computer systems, cloud computing services, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses pertaining to violations of the Subject Offenses or that show who used, owned, possessed, or controlled the Device(s);

1

12. Any and all information, documents, records, photos, videos, or correspondence, in any format or medium, pertaining to use or ownership of the Device(s), or that aid in the identification of persons involved in violations of the Subject Offenses;

13. Credit card information, bills, and payment records pertaining to violations of the Subject Offenses;

14. Information about usernames or any online accounts or email addresses that include andywww@earthlink.net, andywww@lysva.com or bl_a@tutanota.com;

15. Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to violations of the Subject Offenses;

16. Evidence of who used, owned, or controlled the Device(s) to commit or facilitate the commission of the crimes described, or at the time the things described in this warrant were created, edited, or deleted, including photographs, videos, logs, call logs, phonebooks, address books, contacts, IP addresses, registry entries, configuration files, saved usernames and passwords, documents, calendars, browsing history, search terms, metadata, user profiles, e-mail, e-mail contacts, messages (text or voice), instant messaging logs, file structure and correspondence;

17. Evidence of software that may allow others to control the Device(s), such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security provisions or software designed to detect malicious software or unauthorized use of the device, and evidence of the lack of such malicious software;

18. Evidence of the attachment to the Device(s) of other storage devices or similar containers for electronic evidence;

19. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Device(s);

20. Evidence of how and when the Device(s) were used or accessed to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

21. The telephone number, ESN number, serial number, and/or SIM card numbers of or contained in the Device(s);

22. Passwords, encryption keys, and other access devices that may be necessary to access the Device(s);

23. Contextual information necessary to understand the evidence described in this attachment and;

24. Any and all information, documents, records, photos, receipts, telephone bills, or correspondence, in any format or medium, pertaining to Andrew WILSON or James STAPP's international and interstate travel.

DEFINITIONS:

25.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any

handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

26. "Child Pornography" is defined in 18 U.S.C. § 2256(8), which includes as any visual depiction of sexually explicit conduct involving the use of a minor; a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaged in sexually explicit conduct; or a visual depiction that has been created, adapted, or modified to appear than an identifiable minor is engaging in sexually explicit conduct.

27. "Visual depiction" includes prints, copies of visual images, developed and undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

28. "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions; this also includes texts or discussions regarding minors engaged in sexual acts or conduct.

29. "Illicit sexual conduct" is defined by 18 U.S.C. § 2423(f) to include a sexual act with a minor under 18 years old, a commercial sex act with a minor under 18 years old, or the production of child pornography.