## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices, held in evidence and associated with Homeland Security Investigations (HSI) case 2S07QS212S0006, currently stored in the HSI Evidence Room in Greeley, Colorado. | Case No.  21-sw-01054-STV<br><br>**Filed Under Restriction** |

## MOTION TO RESTRICT CASE

The United States of America, by and through Melissa Hindman, Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Search Warrant and Application and Affidavit for Search Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

1. A Search Warrant, Application and Affidavit for Search Warrant and this Motion have been filed as part of a continuing criminal investigation.

2. Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons:  1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in question.  These interests are further described as follows:  the target(s) are unaware of the continuing investigation.  Further,

this case involves the investigation of other targets and/or other possible locations where evidence of crimes may be located. Accordingly, it is necessary to maintain the secrecy of the investigation, as there is reason to believe that notification of the existence of the Application and Affidavit will seriously jeopardize the investigation by giving the target(s) an opportunity to flee from prosecution or destroy or tamper with evidence. Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

WHEREFORE, the Government respectfully moves that the case, the Search Warrant, Application and Affidavit for Search Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/Melissa Hindman*
By: Melissa Hindman
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Melissa.Hindman@usdoj.gov
Attorney for the Government