IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices, held in evidence and associated with Homeland Security Investigations (HSI) case 2S07QS212S0006, currently stored in the HSI Evidence Room in Greeley, Colorado. | Case No.   21-sw-01054-STV<br><br>**Filed Under Restriction** |

## ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) Restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Search Warrant, Application and Affidavit in the above-captioned matter, as well as the Government's Motion to restrict and this Order, are restricted at Level 3 until further order of the Court.

   DATED this   5th   day of   October  , 2021.

                                    BY THE COURT:

                                    _/s/ Scott T. Varholak_
                                    HON. SCOTT T. VARHOLAK
                                    UNITED STATES MAGISTRATE JUDGE
                                    DISTRICT OF COLORADO

3