| Return | | |
|---|---|---|
| Case No.: 21-sw-01054-STV | Date and time warrant executed: 10/07/2021 / 1000 | Copy of warrant and inventory left with: |
| Inventory made in the presence of: HSI Special Agent Darrell Franklin and CFA Greg Burcell | | |
| Inventory of the property taken and name of any person(s) seized: Data and records extracted and copied from the computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices listed in ATTACHMENT A. | | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:00 am, Oct 18, 2021
**JEFFREY P. COLWELL, CLERK**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/15/2021

*Darrell Franklin*
*Executing officer's signature*

Darrell Franklin, HSI Special Agent
*Printed name and title*

Case 1:21-sw-01054-STV Document 5 Filed 10/18/21 USDC Colorado Page 1 of 8
Case No. 1:21-sw-01054-SLTD Document 1 Filed 10/05/21 USDC Colorado pg 2 of 5

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of:<br>All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices, held in evidence and associated with Homeland Security Investigations (HSI) case 2S07QS212S0006, currently stored in the HSI Evidence Room in Greeley, Colorado and more fully described in Attachment A, attached hereto. | Case No. 21-sw-01054-STV |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __October 19, 2021__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Scott T. Varholak__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __10/5/2021, 1:53 p.m.__   _____
*Judge's signature*

City and state: __Denver, CO__   __Scott T. Varholak, U.S. Magistrate Judge__
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED

All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices listed below (hereinafter and in Attachment B, the "Device(s)"), currently being held in association with HSI case 2S07QS212S0006 at the HSI Evidence Room, 4645 W. 18th Street, Suite 500, Greeley, Colorado, 80634.

**Item # / Description / Model #**
L21026535 / Dell Computer Tower
L21026536 / EXTERNAL HARD DRIVE / ZFL0H55E
L21026537 / EXTERNAL HARD DRIVE / ZFL0H024
L21026538 / SONY VAIO LAPTOP/ 283602303510876
L21026539 / EXTERNAL HARD DRIVE / MH0URZ5B
L21026540 / EXTERNAL HARD DRIVE / HD0D7UMC
L21026541 / EXTERNAL HARD DRIVE /17182153041600556
L21026542 / EXTERNAL HARD DRIVE / MS1JK5EK
L21026543 / EXTERNAL HARD DRIVE / Z4Z7023N
L21026544 / EXTERNAL HARD DRIVE / 2CAV03ZP
L21026546 SONY VAIO LAPTOP / 275449353000540
L21026548 / EXTERNAL HARD DRIVE / UNKSN
L21026550 / EXTERNAL HARD DRIVE / L600DQKG
L21026552 / EXTERNAL HARD DRIVE / 01121362
L21026554 / EXTERNAL HARD DRIVE / S03WJ10X422664
L21026555 / EXTERNAL HARD DRIVE / UNK
L21026557 / EXTERNAL HARD DRIVE / D5CA6ZWA
L21026558 / EXTERNAL HARD DRIVE / TB04W67C
L21026561 / EXTERNAL HARD DRIVE MISC BOX COMPUTER ITEMS IN BOX
L21026562 / EXTERNAL HARD DRIVE / 71GPD13VB
L21026563 / EXTERNAL HARD DRIVE / W4Z49KEZ
L21026564 / EXTERNAL HARD DRIVE / Z4Z0F9HP
L21026566 / EXTERNAL HARD DRIVE / WCC4MFDV2UYS
L21026568 / PANASONIC TOUGHBOOK / 00045675249072
L21026570 / EXTERNAL HARD DRIVE / K80JS3MC
L21026571 / EXTERNAL HARD DRIVE / 17182153041600557

L21026572 / EXTERNAL HARD DRIVE / Y306VV9E
L21026574 / SAMSUNG CELL PHONE / R38JB0JPRXU
L21026575 / SAMSUNG GALAXY TABLET / R52JALMF1GR
L21026576 / BLK ANDRIOD CELL PHONE / KTU84PM919UVST9A1
L21026578 / SAMSUNG CELL PHONE / SGHTG99
L21028092 / MAXTOR HARD DRIVE / 664204801501
L21028093 / MAXTOR HARD DRIVE / K80JH7RC
L21028094 / MAXTOR HARD DRIVE / K80FNLAC
L21028095 / MAXTOR HARD DRIVE / K60BA01C
L21028097 / IBM DESKSTAR HARD DRIVE / A4CUYE0A
L21028104 / LG CD/DVD CASES
L21028105 / CD/DVDS
L21028108 / 2XMED CD/DVD CASES
L21028118 / ROKU 4660X2 ROKU ROUTER / CK48A5690084
L21028119 / LG SPINDLE CD/DVDS
L21028121 / SM SPINDLE CD/DVDS
L21028123 / MED CD/DVD CASE
L21028124 / SM SPINDLE CD/DVDS
L21028126 / CD/DVDS
L21028128 / CD/DVDS
L21028132 / DVDS
L21028134 / PANASONIC DC-ZS80-PANASONIC DIGITAL CAMERA / WS0AA002362
L21028135 / ORICO HARDDRIVE ENCLOSURE
L21028136 / SEAGATE HARD DRIVE / ZCT2XJYX
L21028137 / SEAGATE HARD DRIVE / ZCT2X7EC
L21028139 / 2XDVDS
L21028140 / SONY REWRITABLE DRIVE
L21028142 / MOTHER BOARDS
L21028143 / RAM /
L21028145 / MED SPINDLE CD/DVDS
L21028146 / MULT FLOPPY DISCS
L21028147 / BOX W/FLOPPY DISCS
L21028148 / SM CD/DVD CASE
L21028149 / ZIP DRIVE AND 2 CASES
L21028152 / ZIP DRIVES
L21028153 / IOMEGA ZIP WRITER / SSB62430H4
L21028157 / IOMEGA DISKS
L21028159 / OLYMPUS CAMERA / 4021668
L21028160 / SD CARDS
L21028164 / VHS TAPES

2

L21028166 / MAXTOR HARD DRIVE / L603FACH
L21028168 / MAXTOR HARD DRIVE / L40YW48G
L21028170 / ZIP DRIVES
L21028172 / VIDEO MINI CASSETTES
L21028173 / COMPUTER PARTS
L21028174 / CD/DVDS
L21028175 / SONY SUPER STEADY SHOT / 41480
L21028176 / SONY CAMERA / 0845489
L21028178 / SONY CYBER SHOT CAMERA / 1092092
L21028179 / SONY CYBER SHOT VIDEO CAMERA / 1432374
L21028180 / SD CARDS AND CAMERA ACCESSORIES
L21028181 / CD/DVDS IN HARD CASE
L21028182 / MED SPINDLES CD/DVDS
L21028183 / CD/DVDS
L21028184 / 2 BOXES OF FLOPPY DISKS
L21028187 / VHS TAPES IN BOX
L21029380 / DISC- RECORDING
L21029382 / DISC- RECORDING
L21029791 / BLUE TOTE-SLIDES, VIEWER, PICTURES
L21029793 / BLUE TOTE-SLIDES, SLIDE SORTER