IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices, held in evidence and associated with Homeland Security Investigations (HSI) case 2S07QS212S0006, currently stored in the HSI Evidence Room in Greeley, Colorado. | Case No. 21-sw-01054-STV |

_____

**MOTION TO UN-RESTRICT CASE**
_____

The United States of America, moving by and through its undersigned counsel, respectfully submits this motion to unrestrict the above-captioned case. By order of the Court dated October 5, 2021, the case and all related documents were restricted from public access until further order of the Court.

The United States requests this order because the reasons cited in its original motion for the order to restrict no longer exist. The government wishes to disclose certain discovery to the target of the investigation, which includes data collected pursuant to the Court's order.

//

//

//

WHEREFORE, the United States respectfully requests that the Court issue an order granting the relief sought in this Motion.

Respectfully submitted this 2nd day of May 2022.

COLE FINEGAN
United States Attorney

By: *s/Melissa Hindman*
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: melissa.hindman@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of May 2022, I electronically filed the foregoing **MOTION TO UN-RESTRICT CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/ Amy McDaniel*
Amy McDaniel
Legal Assistant
U.S. Attorney's Office