IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF All computers, external hard drives, cell phones, tablets, DVDs, CDs, routers, cameras, videos recorders, floppy disks, zip drives, SD cards, VHS tapes, cassette tapes, slides, and other media and electronic storage devices, held in evidence and associated with Homeland Security Investigations (HSI) case 2S07QS212S0006, currently stored in the HSI Evidence Room in Greeley, Colorado. | Case No. 21-sw-01054-STV |

**ORDER TO UN-RESTRICT CASE**

The United States has sought an order to un-restrict the above-captioned case. The Court finds that there is good cause to grant the relief sought.

IT IS THEREFORE ORDERED, that this case and its documents shall be unrestricted.

IT IS SO ORDERED on this  2nd   day of ___May_____, 2022.

HON. SCOTT T. VARHOLAK
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO